## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRIAN J. MASON, and BETHANY JO MASON,<br><br>　　Plaintiff,<br><br>v.<br><br>STEVE SOWELL & ASSOCIATES, PLLC, and STEVE SOWELL,<br><br>　　Defendants. | Case No.: 2:17-cv-10150-VAR-APP<br>Hon. Judge Victoria A. Roberts<br>Magistrate Judge Anthony P. Patti |

## NOTICE OF SETTLEMENT

Defendants, Steve Sowell & Associates, PLLC and Steve Sowell (together, "Defendants"), by and through undersigned counsel, hereby inform the court that a settlement of the present matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days.

Defendants therefore request that this Honorable Court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Charity A. Olson
　　　　　　　　　　　　　　　　　　　Charity A. Olson (P68295)
　　　　　　　　　　　　　　　　　　　**OLSON LAW GROUP**
　　　　　　　　　　　　　　　　　　　2723 S. State St., Ste. 150
　　　　　　　　　　　　　　　　　　　Ann Arbor, MI 48104
　　　　　　　　　　　　　　　　　　　Tel: (734) 222-5179
　　　　　　　　　　　　　　　　　　　Fax: (866) 941-8712
Dated: February 27, 2017　　　　　　 colson@olsonlawpc.com

## **CERTIFICATE OF SERVICE**

 I, Charity A. Olson, hereby certify that on February 27, 2017, a copy of the foregoing document was field via the Court's ECF system, which will serve notice of such filing on all counsel of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**OLSON LAW GROUP**
