UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brian J. Mason et al,

    Plaintiff(s),

vs                                         Case No: 17-10150
                                                     Honorable Victoria A. Roberts

Steve Sowell & Associates PLLC et al,

    Defendant(s),
_____/

**ORDER OF DISMISSAL**

    The parties advised the Court that they have amicably resolved their differences. Accordingly,

    IT IS ORDERED that this case is dismissed. This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

                                                                   S/Victoria A. Roberts
                                                                   Victoria A. Roberts
                                                                   United States District Judge

Dated: March 16, 2017